UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2026 SEP -9 P 12: 08

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-CR- 26 - CR - 190

[18 U.S.C. §§ 2252(a)(1), 2252(a)(2), 2252(a)(4)(B), 2252(b)(1), & 2252(b)(2)]

THOMAS A. LUISIER,

Defendant.

**Green Bay Division**

# INDICTMENT

## COUNT ONE
**(Transporting child pornography)**

**THE GRAND JURY CHARGES THAT:**

1. On or about February 16, 2025, in the State and Eastern District of Wisconsin,

**THOMAS A. LUISIER**

knowingly transported images using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, such images containing visual depictions of a pre-pubescent minor engaged in sexually explicit conduct.

2. Namely, Luisier knowingly uploaded digital images with partial file names **781.jpg and **ae5.jpg to the online platform known as Microsoft Bing Visual Search, such images depicting a naked, prepubescent female, wearing only shoes, jewelry, and spiderweb-style gloves, hair, and makeup, sitting with her legs oriented to expose her vaginal area.

All in violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1).

## COUNT TWO
**(Attempting to receive child pornography)**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about February 16, 2025, in the State and Eastern District of Wisconsin,

**THOMAS A. LUISIER,**

using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, including by computer, knowingly attempted to receive images containing visual depictions of minors engaged in sexually explicit conduct.

2. Namely, Luisier knowingly used the online platform known as Microsoft Bing Visual Search in an attempt to receive digital images containing visual depictions of minors engaged in sexually explicit conduct, like the images described in Count One of this Indictment.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT THREE
**(Possession of child pornography)**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 22, 2025, in the State and Eastern District of Wisconsin,

**THOMAS A. LUISIER**

knowingly possessed material that contained visual depictions of minors engaged in sexually explicit conduct, such material having been transported using a means and facility of interstate and foreign commerce, in and affecting interstate and foreign commerce, and produced using materials that had been shipped and transported in interstate and foreign commerce, including by computer.

2. The material that Luisier knowingly possessed included the following:

| Partial File Name | Description |
|---|---|
| ***HurtSoGood.mp4 | A video file 21 minutes, 6 seconds in duration depicting male and female adults performing oral sex on a prepubescent female, forcing her to perform oral sex on an adult male, and penetrating her vagina and anus both digitally and with a dildo |
| ***byherdaddy.mp4 | A video file 5 minutes, 53 seconds in duration depicting an adult male forcing a prepubescent female to perform oral sex on him |
| **77.mp4 | A video file 32 seconds in duration depicting an adult male forcing a prepubescent female to perform oral sex on him |
| **2007.wmv | A video file 12 minutes, 21 seconds in duration depicting an adult male performing anal sex on a prepubescent female and forcing her to perform oral sex on him |
| **dog.avi | A video file 2 minutes, 6 seconds in duration depicting a prepubescent female with her hands tied above her head and wearing a blindfold as a dog licks her vaginal area and an adult male forces her to perform oral sex on him |

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE NOTICE

Upon conviction of any or all of Counts One, Two, or Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A [redacted]

FOREPERSON

Dated: 9-9-26

for TIMOTHY W. FUNNELL
Assistant United States Attorney